Marion Davidson, an Infant, by Her Guardian ad Litem, George Davidson, Respondent, v. New York City Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $12,000; in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Henry Huber Company, Appellant, v. Edward J. McCabe and Edward A. Taylor, Composing the Firm of E. J. McCabe & Company and Others, Impleaded with The New England Realty Company and The Record Realty Company, Respondents.— Judgment affirmed, with costs. No opinion.

John A. Morris, Appellant, v. Louis Bernstein, Respondent.— Judgment modified by striking therefrom the words "upon the merits," and as so modified affirmed, without costs. No opinion.

David Jaffe and Bashe Jaffe, Appellants, v. Abraham Levy, Respondent.— Judgment affirmed, with costs. No opinion.

Frances Moore, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)

Richard Webber, Respondent, v. Nathan A. Eisler, Appellant.— Judgment affirmed, with costs. Appeal from decision dismissed, with costs. No opinion.

Gottfried Schneider, Appellant, v. Anna M. Schneider, Respondent. (No. 2.) — Judgment reversed, new trial ordered, costs to appellant to abide event on *Schneider* v. *Schneider*, *No. 1* (122 App. Div. 774).

Alban Walter Purcell, Respondent, v. The City of New York, Appellant, Impleaded with John Casey.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

Eugene Hopper, Appellant, v. Panama Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

Rosie Steckler, as Administratrix, etc., of Adolph Steckler, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion.

Mexico Onyx Quarry Company, a Corporation, Respondent, v. David J. Kelley, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

The City of New York, Appellant, v. New York City Railway Company, Respondent (Car License C-1).— Judgment affirmed, with costs, on opinion in the court below. (Reported in 55 Misc. Rep. 134.)

The City of New York, Appellant, v. New York City Railway Company, Respondent (Car License C-10).— Judgment affirmed, with costs. No opinion.

The City of New York, Appellant, v. New York City Railway Company, Respondent (Car License C-12).— Judgment affirmed, with costs. No opinion.

Michael Romer, Appellant, v. Standard Plunger Elevator Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Willard S. Allen, Appellant, v. Jacob Fromme, Respondent.— Judgment affirmed, with costs. No opinion.

John P Kane Company, Respondent, v. John L. Murray, Appellant, Impleaded with Donald Mitchell.— Judgment affirmed, with costs. No opinion.